## 7877.  WHITE v. THE STATE.

The evidence authorized the conviction, both upon the count charging the
sale of intoxicating liquors and upon the count charging that the ac-
cused kept such liquors on hand at his place of business.

DECIDED MARCH 13, 1917.

Indictment for sale of liquor; from Tattnall superior court—
Judge Sheppard.  August 31, 1916.

*H. H. Elders,* for plaintiff in error.

*W. F. Slater, solicitor-general,* contra.

LUKE, J.  The defendant in this case was indicted in two
counts, charging, that on January 3, 1916, he did sell intoxicating
liquors, and that he did keep on hand at his place of business in-
toxicating liquors; and the jury found him guilty on both counts.
The evidence clearly showed his guilt of selling liquor, and the
jury were authorized to find that the room in which it was shown
he had liquors stored was his place of business.  The only as-
signment of error was that the verdict was contrary to the evi-
dence.  Where there is evidence, adduced upon the trial of the
case, upon which the jury could have based the verdict found, this
court will not interfere.  Accordingly the court did not err in
overruling the motion for a new trial.

*Judgment affirmed.  Wade, C. J., and George, J., concur.*